```
 1  Thad A. Davis (SBN 220503)
    Thad.Davis@ropesgray.com
 2  ROPES & GRAY LLP
    Three Embarcadero Center
 3  San Francisco, California 94111-4006
    Telephone: (415) 315-6300
 4  Facsimile: (415) 315-6350

 5  Attorneys for Petitioner
    Kevin H. Sullivan
 6
 7              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
 8                  SACRAMENTO DIVISION
 9
10  KEVIN H. SULLIVAN,              )
                                    )
11                                  )  Civil Action No. 10-3025 JAM KJM
            Petitioner,             )
12                                  )  [PROPOSED] ORDER GRANTING
        v.                          )  KEVIN H. SULLIVAN'S MOTION TO
13                                  )  FILE DOCUMENTS UNDER SEAL
    LUMBER LIQUIDATORS, INC.,       )
14                                  )
            Respondent.             )
15                                  )
                                    )
16
```

Case No.
25654036_1

| | |
|---|---|
| 1 | Petitioner Kevin H. Sullivan ("Sullivan") HAS FILED WITH THE Court a Motion to |
| 2 | File Documents Under Seal and a Notice of Filing Sealed Docuemnts. Petitioner's motion seeks |
| 3 | to file documents under seal that have been, or contain information that has been, designated by |
| 4 | Respondent, Lumber Liquidators, Inc., as Confidential, pursuant to the Stipulated Protective |
| 5 | Order entered into between the parties on June 25, 2010 in the American Arbitration |
| 6 | Association Case No. 11 166 00490 10, Lumber Liquidators, Inc. v. Kevin H. Sullivan, the |
| 7 | Award for which Sullivan now moves this Court to either vacate or modify. As set fourth in |
| 8 | Peitioner's Motion to File Documents Under Seal, Petitioner has lodged non-public versions of |
| 9 | the Expert Report of Maureen M. Chakraborty, Ph.D., Exhibit T to Petitioner's Memorandum of |
| 10 | Points and Authorities in Support of his Application for Vacatur of, or in the Alternative, |
| 11 | Modification to, Arbitration Award. |

Having considered Petitioner's motion, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The Expert Report of Maureen M. Chakraborty, Ph.D. is hereby ordered sealed.

Dated: 12-2-2010

United States District Judge

Case No.
25654036_1