FILED

FEB 23 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SULLIVAN,<br><br>Petitioner,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC. a Delaware corporation,<br><br>Respondent. | Case No. 2:10-CV-03025-JAM-KJM<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY OR TRANSFER<br><br>Date: February 23, 2011<br>Time: 9:30 a.m.<br>Location: Courtroom 6<br>Judge: The Hon. John A. Mendez<br><br>Complaint Filed: November 5, 2010<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Before this Court is Respondent Lumber Liquidators, Inc.'s motion to dismiss, or |
| 2 | in the alternative, stay or transfer Petitioner Kevin H. Sullivan's application for vacatur. |
| 3 | Having read the moving and responding papers and heard the argument of counsel; it is |
| 4 | hereby ORDERED, ADJUDGED, AND DECREED that Respondent's Motion is |
| 5 | GRANTED and Petitioner's Application for Vacatur of, or in the Alternative to Modify, |
| 6 | Arbitration Award is DISMISSED. |

Dated: 2-23-2011

IT IS SO ORDERED

_____
United States District Judge

1

[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO   CASE NO: 2:10-CV-03025-JAM-KJM
DISMISS, OR IN THE ALTERNATIVE, STAY OR TRANSFER